# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 27, 2015

Clerk
Court of Appeals of Texas, Fifth District
600 Commerce Street
Dallas, TX 75202-4658

Re:  Jesse Cole
     v. Generations Adoptions, et al.
     No. 14-1024
     (Your No. 05-12-00919-CV)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk

RECEIVED IN
COURT OF APPEALS, 5th DIST.
APR 30 2015
LISA MATZ
CLERK, 5th DISTRICT

RECEIVED IN
COURT OF APPEALS, 5th DIST.
APR 30 2015
LISA MATZ
CLERK, 5th DISTRICT

OFFICE OF THE CLERK

SUPREME COURT OF THE UNITED STATES

WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

$ 00.48⁰
APR 27 2015
PITNEY BOWES

02 1R
0000012042
MAILED FROM ZIP CODE 20543